1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

2

3  BRIAN J. STRETCH (CABN 163973)
   Chief, Criminal Division

4  IOANA PETROU (CABN 170834)
   Assistant United States Attorneys

5

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102

7      Telephone: (415) 436-7189
       Facsimile: (415) 436-7234

8      E-Mail: Ioana.Petrou@usdoj.gov

9  Attorneys for the United States of America

10              UNITED STATES DISTRICT COURT

11             NORTHERN DISTRICT OF CALIFORNIA

12                 SAN FRANCISCO DIVISION

13  UNITED STATES OF AMERICA,        )    Criminal No. 10 0359 MAG (JCS)
                                     )
14          Plaintiff,               )
                                     )
15      v.                           )    ~~[PROPOSED]~~ ORDER AND
                                     )    STIPULATION EXCLUDING TIME
16  JULIAN CORTEZ CRUZ,              )    FROM MAY 11, 2010 TO JUNE 4, 2010
                                     )    FROM THE SPEEDY TRIAL ACT
17          Defendant.               )    CALCULATION
                                     )
18                                   )    (18 U.S.C. § 3161(h)(7)(A))
                                     )
19                                   )
                                     )
20  _____)

21

22      The parties appeared before the Honorable Joseph C. Spero on May 11, 2010.

23      With the agreement of counsel for both parties, the Court found and held as follows:

24      1.  The parties agreed to an exclusion of time under the Speedy Trial Act from May 11,

25  2010 to June 4, 2010, in light of the need for defense counsel to review the case, including

26  extensive discovery provided on May 11, and meet with the Defendant.

27      2.  Given these circumstances, the Court found that the ends of justice served by

28

STIP & [PROP.] ORDER
CR 10 0359 MAG (JCS)

excluding the period from May 11, 2010 to June 4, 2010 outweigh the best interest of the public

and the Defendant in a speedy trial. <u>Id.</u> § 3161(h)(7)(A).

   3. Accordingly, and with the consent of the Defendant, the Court ordered that the period

from May 11, 2010 to June 4, 2010 be excluded from Speedy Trial Act calculations under 18

U.S.C. § 3161(h)(7)(A).


  IT IS SO STIPULATED.


DATED:  May 11, 2010       /s/
                 IOANA PETROU
                 Assistant United States Attorney


DATED:  May 11, 2010       /s/
                 ELIZABETH FALK
                 Attorney for Julian Cortez Cruz


  IT IS SO ORDERED.

DATED:_____5/17/10_____



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Joseph C. Spero

STIP & [PROP.] ORDER
CR 10 0359 MAG (JCS)    2