1   JOSEPH P. RUSSONIELLO (CABN 44332)
    United States Attorney
2

3   BRIAN J. STRETCH (CABN 163973)
    Chief, Criminal Division

4   IOANA PETROU (CABN 170834)
    Assistant United States Attorneys
5

6     450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7189
7     Facsimile: (415) 436-7234
    E-Mail: Ioana.Petrou@usdoj.gov
8

  Attorneys for the United States of America
9

10             UNITED STATES DISTRICT COURT

11           NORTHERN DISTRICT OF CALIFORNIA

12            SAN FRANCISCO DIVISION

13   UNITED STATES OF AMERICA,     )   Criminal No. 10 0359 JCS
                          )
14       Plaintiff,               )
                          )   [PROPOSED] ORDER AND
15     v.                     )   STIPULATION EXCLUDING TIME
                          )   FROM JUNE 4, 2010 TO JULY 16, 2010
16   JULIAN CORTEZ CRUZ,         )   FROM THE SPEEDY TRIAL ACT
                          )   CALCULATION
17       Defendant.            )
                          )   (18 U.S.C. § 3161(h)(7)(A))
18                           )
                          )
19                           )
                          )
20   _____)

21

22

23       The parties appeared before the Honorable Joseph C. Spero on June 4, 2010.

24       With the agreement of counsel for both parties, the Court found and held as follows:

25       1. The parties agreed to an exclusion of time under the Speedy Trial Act from June 4,

26   2010 to July 16, 2010, in light of the need for defense counsel to meet with the Defendant and

27   review the case, including extensive discovery, and to prepare a counteroffer.

28       2. Given these circumstances, the Court found that the ends of justice served by

STIP & [PROP.] ORDER
CR 10 0357 JCS

excluding the period from June 4, 2010 to July 16, 2010 outweigh the best interest of the public and the Defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).

3. Accordingly, and with the consent of the Defendant, the Court ordered that the period from June 4, 2010 to July 16, 2010 be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(7)(A).

IT IS SO STIPULATED.

DATED:        June 4, 2010                    _____/s/_____
                                              IOANA PETROU
                                              Assistant United States Attorney


DATED:        June 4, 2010                    _____/s/_____
                                              ELIZABETH FALK
                                              Attorney for Julian Cortez Cruz



IT IS SO ORDERED.

DATED:_____June 8, 2010_____



TH[...]
[...]

Judge Joseph C. Spero

STIP & [PROP.] ORDER
CR 10 0357 JCS                          2