1 | BARRY J. PORTMAN
Federal Public Defender
2 | ELIZABETH FALK
Assistant Federal Public Defender
3 | 19th Floor Federal Building – Box 36106
450 Golden Gate Avenue
4 | San Francisco, CA 94102
Telephone: (415) 436-7700
5
Counsel for Defendant CRUZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR 10-359 JCS |
|---|---|
| Plaintiff, | ) **STIPULATION TO CONTINUE** |
| vs. | ) **SENTENCING** |
| JULIAN CORTEZ CRUZ, | ) |
| Defendant. | ) |

Undersigned counsel stipulate as follows:

1. Sentencing is currently scheduled in this matter on October 19, 2010 at 10:30 a.m.;

2. Defense counsel will be in trial on October 19, 2010 from 7:30a.m. to 1:30p.m.;

3. For this reason, defense counsel requests that the sentencing hearing be moved to October 20, 2010 at 2:00p.m.;

4. Defense counsel has contacted Probation Officer Sara Black and she has no objection to the proposed date.

1

IT IS SO STIPULATED.

DATED: October 1, 2010 _____/S/_____

ELIZABETH M. FALK
Assistant Federal Public Defender

DATED: October 1, 2010 _____/S/_____

IOANA PETROU
Assistant United States Attorney

I hereby attest that I have on file all holographic signatures indicated by a "conformed" signature (/S/) within this efiled document.

[PROPOSED] ORDER

GOOD CAUSE APPEARING, it is hereby ORDERED that the sentencing hearing, previously scheduled for October 19, 2010 at 10:30 a.m., is hereby CONTINUED to October 20, 2010 at 2:00 p.m.

IT IS SO ORDERED.

DATED: 10/04/10 _____

THE HONORABLE JOSEPH SPERO
UNITED STATES MAGISTRATE JUDGE

2