1   BARRY J. PORTMAN
Federal Public Defender
2   ELIZABETH M. FALK
Assistant Federal Public Defender
3   19th Floor Federal Building
450 Golden Gate Avenue
4   San Francisco, CA 94102
(415) 436-7700
5
Counsel for Defendant CRUZ
6

7                  IN THE UNITED STATES DISTRICT COURT

8                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   No. CR 10-359   JCS
                                       )
11                     Plaintiff,      )   **STIPULATION AND [~~PROPOSED~~]**
                                       )   **ORDER FOR CONTINUANCE OF**
12         v.                          )   **STATUS CONFERENCE**
                                       )
13  JULIAN CRUZ,                       )
                                       )   Date:   October 21, 2011
14                     Defendant.      )   Time:  10:30 a.m.
    _____)   Court: The Honorable Joseph C. Spero

15

16

17      The parties hereby stipulate and agree as follows:

18      1.    This matter was set for a status conference on October 21, 2011 at 10:30 a.m.;

19      2.    Counsel for Mr. Cruz was in trial on October 21, 2011 and could not make the

20            status conference.  She requests a continuance to November 3, 2011 at 10:30 a.m.;

21      3.    Counsel for the government has been contacted and has no objection to the

22            continuance request;

23      4.    The defense thus requests that the status conference be

24            continued to November 3, 2011 at 10:30 a.m.

25      5.    United States Probation Officer Monica Romero has been contacted by defense

26            counsel, and has no objection moving the status conference to November 3, 2011

1    at 10:30 a.m.

2

3

4    IT IS SO STIPULATED.

5

     Dated: October 27, 2011
6
                                                    _____/S/_____
7                                                   ELIZABETH M. FALK
                                                    ASSISTANT FEDERAL PUBLIC DEFENDER
8

9

10   Dated: October 27, 2011                        _____/S/_____
11                                                   DEBORAH DOUGLAS
                                                     ASSISTANT UNITED STATES ATTORNEY
12

13

14

15                              **[PROPOSED] ORDER**

16

17

18        For the reasons set forth above, the status conference in the aforementioned matter is

19   hereby CONTINUED from October 21, 2011 to November 3, 2011 at 10:30 a.m.

20

21        **IT IS SO ORDERED**.

22

23   DATED: _____10/31/11_____         _____

24                                          THE HONORABLE JOSEPH C. SPERO
                                            UNITED STATES MAGISTRATE JUDGE
25

26